UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IDA WHITE, on her own behalf and others similarly situated

      Plaintiff,

vs.

OWEN BUSINESS SYSTEMS, INC., a Florida corporation, and HOWARD OWEN, individually

      Defendants.
_____/

CASE NO.: 06-60675-CIV-COHN/SNOW

## ORDER DENYING DEFENDANTS' MOTION TO STRIKE

**THIS CAUSE** is before the Court upon Defendants' Motion to Strike [DE 59]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Defendants move to strike as untimely Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Judgment Notwithstanding the Pleadings or in the Alternative, Motion for New Trial. In support of the Motion, Defendants state that their Response was filed on March 8, 2007 and that according to the Court's CM/ECF electronic system, Plaintiff's Reply was due no later than March 15, 2007. Plaintiff's Reply was filed on March 16, 2007 at 5:55 p.m.

Pursuant to Local Rule 7.1.C.1, a party has five business days from the date a response is filed to file a reply. Additionally, where the response was served by mail, the party filing the reply is afforded three additional days for mailing. Although the Court's CM/ECF system does not include the additional three days when calculating its deadline, this provision of the local rules is nevertheless still in effect and applicable to

documents filed using the electronic system.[1]  Therefore, Plaintiff's Reply was due on or before March 19, 2007 and as such was timely filed.

Based on the foregoing, it is **ORDERED AND ADJUDGED** that Defendants' Motion to Strike [DE 59] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of March, 2007.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies to:
All counsel of record

---

[1] This issue was further clarified by the Court in the Amendments to the Local Rules which take effect on April 15, 2007.  Local Rule 7.1.C.1 was amended to provide that in calculating the time for filing responses and replies, the time calculation for documents mailed or filed via CM/ECF shall include an additional three days.  United States District Court for the Southern District of Florida Administrative Order 2007-09, February 16, 2007.