UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60675-CIV-COHN/SNOW

IDA WHITE, on her behalf
and others similarly situated,

      Plaintiff,

vs.

OWEN BUSINESS SYSTEMS, INC.,
a Florida corporation,
and HOWARD OWEN, individually,

      Defendants.
_____/

**ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR JUDGMENT
NOTWITHSTANDING THE VERDICT OR IN THE ALTERNATIVE,
MOTION FOR NEW TRIAL**

THIS CAUSE is before the Court upon Plaintiff's Renewed Motion for Judgment Notwithstanding the Verdict or in the Alternative Motion for New Trial [DE 56]. The Court has carefully considered the Motion, Response [DE 57] and Reply [DE 58], and is otherwise fully advised in the premises.

On February 15, 2007, a jury returned a verdict in favor of the Defendants in the above-captioned cause. Plaintiff now moves for judgment notwithstanding the verdict or alternatively for a new trial pursuant to Federal Rules of Civil Procedure 50(b) and 59, respectively. Plaintiff argues that based on the evidence adduced at trial, no reasonable juror could find that the Defendants did not violate the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"), when they did not compensate Plaintiff for the time she worked prior to 8:30 a.m. and during lunch breaks. Plaintiff alleges that her breaks were merely rest periods of short duration for which, under the FLSA, are compensable.

Whether Plaintiff took full lunch breaks rather than rest periods and worked prior to 8:30 a.m., the time she was officially required to report to work, was an issue of fact

to be determined by the jury.  Based on the evidence presented during the trial conducted on February 13-15, 2007, the Court finds that a reasonable juror could have found in favor of Defendants and that no other basis exists for entering a directed verdict in favor of Plaintiff or ordering a new trial.  Therefore, it is

**ORDERED AND ADJUDGED** that Plaintiff's Renewed Motion for Judgment Notwithstanding the Verdict or in the Alternative Motion for New Trial [DE 56] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of March, 2007.

JAMES I. COHN
United States District Judge

copies to:

Counsel of record